# Exhibit P-1

编号：*2016ALC____*

# 武汉中原瑞德生物制品有限责任公司

劳 动 合 同

（2016 版 A）

甲方：武汉中原瑞德生物制品有限责任公司

乙方：章征甲

签订日期： ＿2017 年 ＿＿＿月＿＿＿日

1

劳动合同

## LABOR CONTRACT

甲方（用人单位）：武汉中原瑞德生 乙方(员工)：章征甲
物制品有限责任公司  **Party B (Employee): Zhang
 Party A (Employer): Wuhan Zhengjia
Zhongyuan Ruide Biological
Products Co. Ltd**

法定代表人： 身份证号码：
Legal Representative: ID Number:

注册地址：武汉东湖新技术开发区光 通讯地址：
谷七路99号 Address:
Registered Address: No. 99, Guang Gu
Qi Road, Dong Hu New Technology
Development District, Wuhan 户籍所在地地址：
Domicile of Registered Permanent
联系电话（固定/移动）： Residence:
Telephone/Mobil phone Number:

联系电话（固定/移动）：
Telephone/Mobil phone Number:

甲、乙双方根据《中华人民共和国劳动法》、《中华人民共和国劳动合同法》和
其他国家、地方的有关规定，遵循平等、自愿、诚实信用原则，经协商一致，订
立本劳动合同（以下简称"本合同"）。
In accordance with the *PRC Labor Law*, *PRC Labor Contract Law* and other relevant
state and local laws and regulations, and in line with the principles of equality,
willingness and good faith, the two Parties, namely Party A and Party B, enter into
this Labor Contract (hereinafter referred to as "this Contract") through friendly
consultation.

## 第一章　　合同的类型与期限
## CHAPTER ONE　　　　TERM AND TYPE OF CONTRACT

**第一条**　本合同的类型为：　（一）　。

**Article 1** The type of this Contract is　(1)　.

（一）固定期限劳动合同，合同期限为__年，自 2017 年 8 月 1 日至 2020 年 6 月 30 日止。

(1) A fixed-term labor contract, the term of which is／years, commencing from／and expiring on／.

（二）本合同为无固定期限劳动合同，自　／　年／月／日起。

(2) A non-fixed-term labor contract, the term of which commencing from　／　.

（三）以完成一定工作任务为期限的劳动合同。自　／　年　／　月／　日起至该项工作任务完成（特别备注：　／　）时为止。

(3) A labor contract aims to complete the prescribed work task, the term of which commencing from　／and expiring on the date when the work task is completed (Special Remarks:　／　).

**第二条**　若乙方开始工作时间与本合同订立时间不一致的,以实际到岗之日为本合同起始时间，建立劳动关系。

**Article 2** In case that the date Party B begins to work is different from the date this Contract is signed, the employment relationship between Party A and Party B begins from the date when Party B actually begins to work for Party A.

## 第二章　　工作内容和工作地点
## CHAPTER TWO　　JOB DESCRIPTION AND LOCATION

**第三条**甲方聘用乙方在甲方负责血源管理工作，岗位为副总经理。

**Article 3** Party A employs Party B to be in charge of Plasma Management, and Party B's position is Vice President of Plasma Management.

**第四条**　乙方的工作地点为湖北省武汉市。经乙方同意后甲方可随时要求乙方前往其他工作地点工作。乙方同意为适当履行其职责而出差（包括国内和国外的出差）。

**Article 4** Party B's job location is <u>Wuhan, Hubei Province.</u> After obtaining Party B's consent, Party A may from time to time require Party B to work at other locations. Party B agrees to travel (both within and outside the PRC) as may be required for the proper performance of his/her duties.

**第五条**　乙方应认真履行甲方制定的岗位职责，按质、按量、按时完成其本职工作；未经甲方事先书面允许，乙方不得在其他单位从事兼职或全职工作。

**Article 5** Party B shall well perform his/her duty in accordance with his/her job responsibilities stipulated by Party A, meeting the required standard of quality, quantity and timeliness. Party B shall not hold any part-time or full-time job in any other entity or organization unless Party B obtains prior written permission from Party A.

**第六条**　甲方因生产和工作需要，依据乙方的专业、特长、工作能力和表现，需调整乙方工作岗位、工作报酬或本合同约定的福利待遇的，原则上应与乙方协商一致。但是，如果（i）乙方患病或非因工负伤，在规定的医疗期满后不能从事原工作，或（ii）乙方不能胜任工作的，甲方有权根据劳动合同法第 40.1 条以及第 40.2 条的规定单方调整乙方的工作岗位。此外，甲方有权根据其总体经营情况以及具体业务需要调整乙方工作岗位的具体职责。

**Article 6**　Due to production and business operation needs of Party A and according to the profession, skill, capability and performance of Party B, if Party A needs to adjust Party B's work position,　compensation or benefits stipulated in this Contract, Party A shall reach mutual agreement with Party B about the adjustment. However, Party A reserves the right to unilaterally adjust Party B's work position in accordance with Article 40.1 and Article 40.2 of the Labor Contract Law, if (i) Party B suffers from illness or non-work related injuries, and cannot carry out the duties of his job position after the expiration of the statutory medical treatment period, or (ii) Party B is incompetent at work. In addition, Party A reserves the right to reasonably adjust the specific duties of Party B's work position depending on its general business performance and specific business needs.

**第三章　　工作时间**

**CHAPTER THREE　　WORKING HOURS**

**第七条**　甲方将按照中国法律法规的规定制定并实施工作时间制度。

**Article 7** Party A will formulate and implement working hour system in accordance with the relevant laws and regulations of PRC.

**第八条**　甲方安排乙方执行 **不定时** 工作制。

在甲方的不定时工作制申请得到主管部门批准之前，乙方将执行标准工时工作制。自甲方获得不定时工作制批准之日起，乙方将执行 不定时 工作制。

在标准工时制下，乙方每日工作时间不超过 8 小时，平均每周工作时间不超过 40 小时。乙方每周工作 5 天（办公时间为周一至周五每天的上午 9:00 至下午 5:30，其中包括 1 个小时的午休时间）。

在不定时工作制下，乙方每日工作时间不固定。

在综合计算工作制下，乙方将以 ＿／＿ 为周期综合计算工作时间，但其平均日工作时间和周工作时间应与法定标准工作时间基本相同。

**Article 8** Party A shall arrange Party B to work under **flexible** working hour system.

Party B shall be subject to standard working hour system until Party A gets the approval of flexible working hour system from the in-charge labor authority. Party B shall be subject to flexible working hour system since the date when Party A gets the approval from the in-charge labor authority.

Under standard working hour system, Party B shall work no more than 8 hours per day, and no more than 40 hours in average per week. Party B shall work 5 days a week (Office hours start at 9:00 a.m. and end at 5:30 p.m., one-hour break for lunch is inclusive).

Under flexible working hour system, the daily working hours of Party B shall not be fixed.

Under comprehensive calculation working hour system, the working hours will be calculated based on ＿／＿. The average daily working hours and weekly working hours within the calculating period shall be same as the statutory standard working hour system.

**第九条**　甲方确因工作需要，可安排乙方加班工作。

在标准工时工作制下，甲方应依照国家和地方有关法律、法规，向乙方支付加班工资，或安排乙方补休。

在不定时工作制下，除非当地另有规定，甲方将不再额外支付加班工资。

在综合计算工时工作制下，其综合计算工作时间超过法定标准工作时间的部分，应视为延长工作时间。甲方应依照国家和地方有关法律、法规，向乙方支付加班工资，或安排乙方补休。

**Article 9** In accordance with Party A's business needs, Party A may arrange Party B to work overtime after the regular working hours.

Under the standard working hour system, Party A shall pay Party B the overtime payment or provide relevant days-off in lieu of overtime payment in accordance with the state and local laws and regulations.

Under the flexible working hour system, such hours will not be paid unless local regulation requires.

Under the comprehensive calculation working hour system, the working hours exceed the standard working hours should be counted into extended working hours. Party A shall pay Party B the overtime payment or provide relevant days-off in lieu of overtime payment in accordance with the state and local laws and regulations.

第四章　　规章制度与劳动纪律

**CHAPTER FOUR　　COMPANY POLICIES AND DISCIPLINES**

**第十条**　除遵守本合同条款外，乙方应自觉遵守国家的法律、法规、规章和甲方依据相关法律法规不时制定并告知员工的各项规章制度。

**Article 10** Apart from provisions of this Contract, Party B shall comply with all relevant laws and regulations of PRC, and policies and regulations formulated in accordance with applicable laws and regulations and notified to the employees by Party A from time to time.

**第十一条**　乙方不得为自己或/和任何其他第三人的利益从事任何与甲方利益冲突的第二职业或活动，并应保守甲方的商业秘密和与知识产权相关的保密事项。

**Article 11**　It is strictly forbidden for Party B to hold any other occupation or participate in any other activities for the benefit of himself or/and any third party which conflicts with Party A's business interest. Party B shall keep Party A's business secret and intellectual properties related matters confidential.

**第十二条**　乙方有任何严重违反甲方规章制度和劳动纪律的行为，甲方有权按国家和本单位的规定对乙方给予口头警告、书面警告等纪律处分，直至解除本合同。

**Article 12**　In cases of any violation of Party A's policies and labor disciplines, Party A is entitled to carry out the procedures of punishment according to the relevant regulations of the state and policies of Party A, including but not limited to oral warning, written warning and up to termination of this Contract.

**第十三条**　乙方应遵守甲方任何有关其工作职责的指令，前提是该等指令符合相关法律法规的规定。

**Article 13**　Party B shall comply with any and all instructions given to him by Party A regarding the duties and responsibilities of his role, provided that such instructions are in compliance with applicable laws and regulations.

**第十四条**　在任职期间，乙方必须

(1) 不从事任何与雇用要求不兼容的行为，包括可能使甲方声誉或利益受损的行为；

(2) 遵守甲方给的所有指示，包括相关政策、程序或惯例中的规定（包括《CSL负责任的商业行为准则》）；

(3) 熟悉甲方的所有政策、程序和惯例，这些信息皆能从内部网获取。甲方可不时地自主变更、代替、终止政策、程序和惯例，该等规定不作为本合同条款；

(4) 未经甲方事先书面同意，不得直接或间接地，不论是以个人的名义，或与任何其他人联合或代表，从事、涉及或参与任何与甲方所从事的业务具有或类似性质的业务的行为或筹备工作。

(5) 未经甲方事先书面同意，不得为任何可能与本公司的利益冲突、妨碍公司利益或履行工作职责的其他企业或组织建立任何其他雇用关系或从事任何活动。

**Article 14** During the employment Party B must,

(1) not engage in any conduct that is incompatible with Party A's employment conditions, including conduct that might bring Party A into disrepute or is adverse to its interests;

(2) comply with all directions given by Party A, including those given in any policy, procedure or practice, including the CSL Code of Responsible Business Practice;

(3) remain familiar with all of Party A's policies, procedures and practices in place from time to time, which can be obtained from the intranet. Party A's policies, procedures and practices may be varied, replaced or discontinued from time to time by Party A at its absolute discretion and they are not incorporated as terms of this Contract;

(4) not, without the prior written consent of Party A directly or indirectly and whether on Party B's own behalf or jointly with or on behalf of any other person, carry on or be engaged, concerned or involved in, the conduct of or preparation for any business in competition with or of a similar nature to any business carried on by Party A;

(5) not, without the prior written consent of Party A, enter into any other employment

or engage in any activity for any other business, organisation or venture that could conflict with or be detrimental to or interfere with the interests of Party A or the performance of Party B's duties

第五章　　劳动报酬
CHAPTER FIVE　　REMUNERATION

**第十五条**　甲方执行符合国家和地方相关法律法规以及 CSLBehring 集团内部规定的薪酬政策。

**Article 15** Party A implements the remuneration policy in accordance with relevant state laws and local regulations and CSLBehring Group's internal rules.

**第十六条**　甲方根据乙方所在岗位，确定乙方每月的固定工资为税前人民币 _45,000_ 元，甲方应按照乙方每月的实际考勤情况计算乙方的应得工资，并于每月 _5_ 日前以货币形式足额支付乙方的上月工资。

**Article 16** In accordance with the position of Party B, the monthly gross fixed salary shall be paid by Party A in the amount of RMB _45,000_ before tax. Party A shall calculate Party B's salary based on Party B's monthly attendance record and pay in full to Party B the last month remuneration receivable by Party B in currency on _5th_ of each month.

**第十七条　短期激励**
乙方有资格获得一笔年度绩效奖金目标年度绩效奖金最高为年度税前固定工资的 _20%_ (即，税前人民币 _108,000_ 元）。年度绩效奖金将会按照个人年度绩效表现和 CSLBehring 集团的全球业绩按照公式进行计算。个人年度绩效目标每年将由 CSLBehring 集团进行设定。

**Article 17 Short-term incentive**
Party B is entitled to an annual target bonus, and the maximum amount will be _20%_ of Party B's annual gross fixed salary (e.g. RMB _108,000_ before tax). The payment of bonus shall be calculated in a formulation related to both individual performance and CSL Behring Group's global business performance. The individual performance target will be set by CSL Behring Group annually.

**第十八条　长期激励**
乙方有权参加 CSL Behring 集团长期现金激励计划，锁定期共三年。在乙方加入

该计划三年锁定期过后，现金将一次性发放。CSL Behring 集团董事会会每年审阅长期激励计划，并有权决定变更该计划内容和参与者。

**Article 18 Long term incentive**

Party B is entitled to participate in CSL Behring Group's cash based long term incentive program, which will be locked for 3 years and be paid as a one-off payment after Party B's 3 years participation in the program. The CSLBehring Group's Board will review the long term incentive program on an annual basis and has the right to change the content of and participants in the plan.

**第十九条** 甲方将向乙方支付一笔现金激励共计税前人民币 540,000 元。该款项将在之后三年等额发放，发放日期分别为 2018 年 8 月 1 日，2019 年 8 月 1 日以及 2020 年 8 月 1 日，前提是乙方在每一个付款日均仍受甲方雇用。

**Article 19** Party A will pay Party B a One-Time Cash Payment of RMB 540,000 (pre-tax), which will be paid in 3 instalments equally over the next three years on August 1st of 2018, August 1st of 2019 and August 1st of 2020 provided he remains employed by Party A on each of those payment dates.

**第二十条** 乙方工资将会根据 CSLBehring 集团的相关薪酬政策进行调整。

**Article 20** Party B's salary will be adjusted according to CSL Behring Group's remuneration policies.

**第二十一条 个人所得税**

乙方应按照中国法律法规的规定缴纳个人所得税。甲方将依照中国法律法规的要求从乙方工资以及其它款项中代扣相应金额的个人所得税缴到税务机关。

**Article 21 Individual Income Tax**

Party B shall pay Individual Income Tax in accordance with the relevant laws and regulations of PRC. Party A will withhold such amount from Party B's salary and other payments and pay it to the in-charge tax bureau according to the relevant laws and regulations of PRC.

## 第六章 社会保险与福利待遇
### CHAPTER SIX SOCIAL INSURANCE AND WELFARE

**第二十二条** 甲乙方应按国家和地方有关社会保险的法律、法规规定的标准缴纳各项社会保险，如养老保险、失业保险、医疗保险、生育保险和工伤保险。乙方应缴纳的社会保险费由甲方代为承担。

**Article 22** Party A and Party B shall respectively pay social insurance

contributions for pension, unemployment insurance, medical insurance, maternity insurance, and work-related injury insurance in conformity with the relevant regulations and statutory standards of the state and local governments. The contribution of social insurance payable by Party B will be taken on by Party A.

**第二十三条**　甲乙方应各自按国家和地方有关住房公积金的法律、法规规定的标准缴纳住房公积金。乙方应缴纳的住房公积金由甲方从乙方的工资中代扣代缴。

**Article 23**　Party A and Party B shall respectively pay housing fund based on the provisions and statutory standards of the relevant regulations of the state and local governments. The amount of housing fund payable by Party B will be withheld by Party A from Party B's salary payment.

**第二十四条　法定节假日和法定休假**

在本合同期限内，乙方有权依照国家和地方有关法律、法规以及甲方的规定享受带薪公众假期和带薪休假。

**Article 24    Statutory Holidays and Leave**

Within the term of this Contract, Party B shall be entitled to the public paid-holidays and statutory paid-leaves in accordance with the state and local laws and regulations and Party A's policies.

**第二十五条　法定年休假及公司福利假**

乙方将根据国家有关规定享有法定年休假。除法定年休假外，甲方每年给予乙方 10 天全薪公司福利假。如果乙方在年中加入或离开公司，其当年应享受的法定年休假和公司福利假将按乙方当年在公司的时间按照比例计算和给予。乙方应在每个日历年度结束前休完所有法定年休假。乙方休假应优先使用国家规定的法定年休假，然后再使用乙方与甲方约定的公司福利假。详细内容请参见公司休假管理规定。

**Article 25 Statutory Annual Leave and Company Welfare Leave**

Party B will be entitled to statutory annual leave according to related laws and regulations. In addition to statutory annual leave, Party B shall be entitled to 10 days' full-paid company welfare leave per year. The entitlement of statutory annual leave and company welfare leave will be pro-rated in respect of Party B's period of employment of the year if Party B joins or leaves the company in the middle of the year. Party B shall take all statuary annual leave before the end of each calendar year. Statutory annual leave shall be taken prior to the company welfare leave when Party B

takes annual leave and welfare leave. Please refer to the company's leave management policy for details.

**第二十六条　病假和非因工负伤**

在本合同期限内，乙方有权享受甲方依据国家和地方有关法律、法规制定的病假、病假工资和医疗待遇政策，但是此类政策不适用乙方因工负伤或患职业病的情况。

**Article 26 Sick Leave and Non-work-related Injury**

During the term of this Contract, Party B shall be entitled to sick leave, sick leave pay and medical treatment entitlement in accordance with state and local regulations and Party A's polices, provided that these schemes shall not cover the work-related injury or occupational diseases.

**第二十七条　职业病、因工负伤和死亡**

如因甲方不安全和不合规定的工作环境，或因甲方的疏忽大意，或因甲方故意恶意对待乙方，或因国家或地方法律法规规定的其他情形，直接导致乙方患职业病、因工负伤或死亡，乙方有权依法享受法定工伤保险待遇，包括工伤保险补偿、医疗待遇、停工留薪期待遇和/或其它法定待遇。

**Article 27 Occupational Disease, Work-related Injury and Death**

Party B shall be entitled to statutory work injury insurance entitlements, including the work injury compensation, medical treatment, paid work-injury leave treatment and/or other statutory entitlements   if Party B suffers any occupational disease or work-related injury/death directly caused by unsafe and unqualified work conditions in Party A's working places or negligence of Party A or deliberate ill-treatment by Party A, or other circumstances stipulated in relevant state and local laws and regulations.

## 第七章　劳动保护、劳动条件和职业危害防护
## CHAPTER SEVEN　　LABOR PROTECTION, WORK CONDITIONS AND PREVENTION OF OCCUPATIONAL HARM

**第二十八条　**甲方应建立、完善劳动安全和卫生制度并严格执行国家与劳动安全和卫生相关的规定和标准，包括保护女职工的特殊规定，实行劳动安全和卫生教育，防止劳动事故、降低职业危害。

**Article 28　**Party A must establish and improve the policies of labor safety and

hygiene, strictly implement the relevant provisions and standards set forth in the state regulations and rules, including special protection for female workers, and educate employees on labor safety and hygiene to prevent accidents and reduce occupational hazards.

**第二十九条**　甲方为乙方提供必要的劳动条件以及安全卫生的工作环境，并依照甲方生产经营特点及有关规定向乙方发放必要的劳防用品。

**Article 29**　Party A shall provide Party B with necessary safe and healthy work conditions and environment, as well as necessary protection appliance according to the particular operational requirement of Party A and the relevant laws and regulations.

**第三十条**　甲方应对可能产生职业病危害的岗位，向乙方履行告知义务，并做好预防降低职业危害的工作。

**Article 30**　Party A has the obligation to notify Party B in case Party B is engaged in the post with potential occupational hazard and implement measures to prevent and reduce occupational hazards.

**第三十一条**　乙方须增强自我保护意识，在劳动过程中严格遵守安全操作规程。如由于乙方违反安全操作规程、违章作业，出现工伤事故，乙方应负一定责任，并应对甲方造成的经济损失进行赔偿。

**Article 31**　Party B must strengthen his self-protection consciousness and abide by safety operational process strictly. In case that the work-related injury is caused by Party B's violation of relevant safety operational process and regulations, Party B shall bear certain part of the liability and compensate the related economic loss to Party A.

## 第八章　劳动合同的履行、变更、中止和解除
## CHAPTER EIGHT　IMPLEMENTATION, AMENDMENT, SUSPENSION, AND TERMINATION OF LABOR CONTRACT

**第三十二条**　甲方应当按照约定向乙方提供适当的工作场所、劳动条件和工作岗位，并按时向乙方支付劳动报酬。乙方应当认真履行自己的工作职责，并亲自完成本合同约定的工作任务。

**Article 32**　Party A shall provide Party B with proper work place, work conditions

and position according to this Contract, and pay remuneration to Party B on time. Party B shall perform his work responsibilities and complete the prescribed work under this Contract by oneself.

**第三十三条** 订立本合同时所依据的法律、法规、规章发生变化，本合同的有关条款内容将相应变更。或经甲、乙双方经协商一致，可以书面方式变更本合同的内容。

**Article 33** Where there are changes to the relevant laws and regulations upon which this Contract is entered into, the related terms of this Contract will be changed accordingly. For other reasons, the related section in this Contract can be changed accordingly by mutual written agreement between Party A and Party B.

**第三十四条** 经甲、乙双方当事人协商一致，本合同可以解除。

**Article 34** Both Parties may terminate this Contract upon mutual agreement.

**第三十五条** 合同期内乙方若想辞职，应提前三十天以书面形式向甲方提出辞职。

**Article 35** If Party B intends to resign during the term of this Contract, he should submit a written notice to Party A thirty (30) days in advance.

**第三十六条** 乙方有下列情形之一的，甲方可以解除本合同：

（一）在试用期间被证明不符合录用条件的；

（二）严重违反甲方的规章制度和/或劳动纪律的；

（三）严重失职，营私舞弊，给甲方造成重大损害的；

（四）乙方同时与其他用人单位建立劳动关系，对完成甲方的工作任务造成严重影响，或者经甲方提出，拒不改正的；

（五）乙方在应聘或签订本合同时存在提供虚假材料或有其他欺诈行为的；

（六）被依法追究刑事责任的；

（七）法律或行政法规规定的甲方可随时解除劳动合同的其他情形。

由于上述情形而解除本合同进而导致乙方与甲方之间的其他已生效的协议无法继续履行，乙方应当根据该等生效协议中的约定承担相应的违约责任。

**Article 36** In the case of any of the following circumstances，Party A may terminate the labor contract:

(1) It has been proven that Party B does not satisfy the recruitment requirements during the probation period;

(2) Party B has seriously violated the policies and/or labor discipline of Party A;

(3) Party B has committed severe negligence in his duty and/or has engaged in fraud and graft for personal benefit which results in serious economic damages to Party A;

(4) Party B has additionally established an employment relationship with another employer which materially affects the completion of his tasks with Party A, or refused to rectify the matter upon Party A's advisory;

(5) Party B has provided false materials or engaged in fraud when applying the job or signing this Contract with Party A;

(6) Party B is subject to criminal liabilities according to the law;

(7) Other circumstances under which Party A is entitled to terminate this Contract unilaterally in accordance with relevant laws or administrative rules and regulations.

In case that this Contract has been terminated due to any of the above circumstances, and further such termination causes the failure to perform other effective agreements between both Parties, Party B shall take the corresponding liabilities for breach of agreements according to the provisions of such agreements.

**第三十七条**　有下列情形之一的,甲方提前三十日以书面形式通知乙方或者额外支付乙方一个月工资后, 可以解除本合同:

（一）乙方患病或者非因工负伤, 在规定的医疗期满后不能从事原工作, 也不能从事由甲方另行安排的工作的;

（二）乙方不能胜任工作, 经过培训或者调整工作岗位, 仍不能胜任工作的;

（三）本合同订立时所依据的客观情况发生重大变化, 致使本合同无法履行, 经甲、乙双方协商, 未能就变更本合同内容达成协议的;

**Article 37**　In the case of any of the following circumstances, Party A may terminate this Contract with a written notice to Party B thirty (30) days in advance or pay Party B an extra month's salary in lieu of notice:

(1) Party B has suffered an illness or non-work-related injury, and after the expiration of the medical treatment period as prescribed, is unable to perform the original work duties, and is also unable to perform another job arranged by Party A;

(2) Party B is incompetent to perform the job and remains incompetent even after training or being transferred to another post;

(3) Where the objective circumstances which formed the basis of this Contract are substantially changed making it impossible to perform this Contract, Party A and Party B failed to reach an agreement on the amendment of the related clauses in this Contract accordingly following consultation;

**第三十八条**   乙方有下列情形之一的,甲方不得依据第三十七条的约定解除本合同:

（一）乙方如从事接触职业病危害作业但未进行离岗前职业健康检查,或者乙方为疑似职业病病人在诊断或者医学观察期间的;

（二）在甲方工作期间患职业病或者因工负伤并被确认丧失或者部分丧失劳动能力的;

（三）患病或者非因工负伤,在规定的医疗期内的;

（四）女职工在孕期、产期、哺乳期的;

（五）在甲方连续工作满十五年,且距法定退休年龄不足五年的;

（六）法律、行政法规规定的其他情形。

**Article 38**     In the case of any of the following circumstances occurring to Party B, Party A may not terminate this Contract in accordance with Articles 37:

(1) Party B is engaged in operations exposing him to occupational disease hazards and has not undergone a pre-departure occupational health check-up, or is suspected of having an occupational disease and is under diagnoses or medical observation;

(2) Party B suffered an occupational disease or sustained injuries from work during the employment period and has been confirmed as having lost or partially lost his/her capacity to work;

(3) Party B is undergoing the required period of medical treatment for an illness or non-work related injury;

(4) Party B, who is female, is in her pregnancy, confinement or nursing period;

(5) Party B has been working for Party A continuously for no less than 15 years and is less than five years away from his/her legal retirement age;

(6) Other circumstances as prescribed in laws or administrative regulations.


**第三十九条**   有下列情形之一的,本合同终止:

（一）本合同期满（或签订以完成一项工作任务为合同期限的,当双方约定的该项工作任务完成情形出现时）,即行终止;

（二）乙方已开始依法享受基本养老保险待遇的;

（三）乙方死亡,或者被人民法院宣告死亡、宣告失踪的;

（四）甲方被吊销营业执照、责令关闭、撤销或者甲方决定提前解散的;

（五）甲方被依法宣告破产的;

（六）法律、行政法规规定的其他可以终止本合同的情形的。

**Article 39**     This Contract shall end in the case of any of the following circumstances:

(1) The term of this Contract expires (for those with a term subject to the completion of a certain task, this Contract shall be terminated upon the completion of the specific task);

(2) Party B has commenced drawing his/her basic pension in accordance with the laws;

(3) Party B dies, or is declared dead or missing by a People's Court;

(4) Party A has its business license revoked, or is ordered to close or is closed down, or Party A decides on early liquidation;

(5) Party A is declared bankrupt pursuant to the law;

(6) Other circumstances as prescribed in laws or administrative regulations.

**第四十条** 在特定情况下，包括但不限于乙方因任何指控、违纪或违约而接受调查期间或法律法规不禁止的其他情形，甲方可暂停乙方的工作。如乙方被要求不上班，则该不上班期间应首先被视为安排乙方休年假。乙方在该等休假期间将仅获得基本月工资（如第十六条所规定）及法定福利；就该等休假期间而言，所有其他额外报酬和福利（包括但不限于任何奖金和佣金）均不予计发。

**Article 40** Party A may suspend Party B under certain circumstances, including but not limited to during any period Party A is carrying out a investigation into any alleged acts, violation of company policies or breach of contract by Party B or other circumstances not prohibited by laws and regulations. During any period where Party B is instructed not to attend work, Party B shall be deemed to have first been put on annual leave. Party B will only receive base pay (as stated in Article 16 ) and statutory benefits during any period of leave; all other additional compensation and benefits including but not limited to any bonus and commission will not accrue in relation to the leave period.

**第四十一条** 乙方同意，无论其因任何原因离职，乙方将向甲方指定的人士交还（并且不会占有、保管或控制或向任何他人交付）所有属于甲方、其承继人、受让人或其顾客、客户或被许可人的所有财产，包括但不限于任何及所有甲方印章（包括但不限于甲方公章、合同章、财务章及属于甲方或其任何关联或相关实体的任何其他印章）以及甲方提供的计算机和/或笔记本电脑、汽车、手机、黑莓和其他设备、钥匙、徽章、甲方银行卡、预支现金、合同、记录、数据、笔记、报告、提案、清单、往来通信、业务资料、客户资料、规格、图纸、蓝图、草图、发明、可获版权的作品、资料、设备和任何其他文件或财产及上述任何项目任何格式的复制件或概要，无论其是否载有保密信息。上述物品须以合理或者甲方认

可的状态归还公司、且不得有任何损坏或内容删除。乙方同意，所有上述项目（第三方信息除外）始终属于甲方的财产。乙方以可接受的方式归还所有甲方财产并完成工作交接手续是甲方支付经济补偿金（如有）的前提。甲方保留在法律允许的范围内从应付乙方的款项（例如结算款项）中扣除任何和所有未归还或受损的甲方财产价值的权利。本条约定须以合理、客观原则为准，甲方不得额外加大乙方的责任。

**Article 41** Party B agrees that, at the time of leaving the employment of Party A for whatever reason, Party B will deliver to the person designated by the Party A (and will not keep in Party B's possession, custody or control or deliver to anyone else) all of Party A's property, including but not limited to any and all Party A's chops (including without limitation the Party A's official chop, contract chop, financial chop, and any other chops belonging to Party A or any affiliated or related entity of Party A), Party A-provided computer and/or laptop, car, cell phone, blackberry, and other devices, keys, badges, Party A's bank cards, cash advances, contracts, records, data, notes, reports, proposals, lists, correspondence, business information, client information, specifications, drawings, blueprints, sketches, inventions, copyrightable works, materials, equipment and any other documents or property belonging to Party A, its successors or assignees or their clients, customers or licensees and all reproductions or summaries of any of the aforementioned items in whatever format, whether or not they contain confidential information. The above items must be returned in a reasonable state or a state acceptable to Party A, without damage or deletion of content. Party B agrees that all of the foregoing, except for third party information, will remain the Party A's property at all times.   Payment of the severance (if any) is expressly conditioned on the return of all of Party A's property in acceptable form and completion of the handover procedure, and Party A reserves the right to deduct the value of any and all such unreturned or damaged Party A property from any payment (such as settlement payment) payable to Party B to the extent allowed by law. This clause is subject to the principle of reasonableness and objectivity, and Party A should not increase Party B's responsibilities.

## 第九章　　违约责任
## CHAPTER NINE　　　　LIABILITIES FOR BREACH OF CONTRACT

第四十二条　　甲方违反本合同以及相关适用法律的规定解除本合同的，应当依照《劳动合同法》等相关法律法规的规定承担相应的法律责任。

**Article 42**    If Party A terminates this Contract in violation of the provisions of this Contract and relevant applicable laws, Party A shall take legal liabilities in accordance with relevant laws and regulations such as the Labor Contract Law, etc.

**第四十三条**    乙方违反本合同以及相关适用法律的规定解除本合同，或者违反本合同和/或其附件和/或双方日后签订的相关协议中约定的保密、竞业禁止、劳动服务期或其他乙方应遵守的任何义务和责任，或者违反甲方的规章制度，应当依据甲乙双方在本合同以及其他相关协议中的约定、甲方的规章制度的规定以及适用的法律法规的规定承担赔偿或其他法律责任，包括但不限于赔偿由此给甲方造成的经济损失。甲方有权从乙方的工资、奖金及津贴、补贴等（包括并不限于此）中按照有关法律法规做相应的扣除，如应赔偿金额无法在员工在职期间依法扣完的，在提供相关证据的情况下，甲方有权通过劳动争议仲裁机构或人民法院就剩余部分向乙方追偿。

**Article 43**  If Party B wrongfully terminates this Contract in violation of the provisions of this Contract or relevant applicable laws or in breach of the confidentiality obligations, non-competition restrictions or service period or other responsibilities and obligations stipulated in this Contract and/or the annexes attached hereto and/or any other agreements signed by both Parties in future, Party B shall be liable to compensate any loss and damages of Party A caused by such violation or breach. Party A has the right to deduct from Party B's remuneration payment, including but not limited to his/her salary, bonus or allowances, the money that Party B owes to Party A in conformity with related laws and regulations. However, if the amount Party B owes to Party A cannot be fully compensated by deducting from Party B's remuneration payment in accordance to relevant laws during Party B's employment period, Party A could claim for the balance from Party B through the labor dispute arbitration institution or people's courts with relevant evidence.

## 第十章    培训、保密义务以及竞业限制
## CHAPTER TEN    TRAINING, CONFIDENTIALITY, NON-COMPETITION

**第四十四条   培训**
甲方将建立员工培训制度并根据甲方相关制度和中国相关法律法规向员工提供必要的培训。如乙方在合同期间接受甲方提供的或甲方资助的培训，双方应另行签订《培训协议》，约定具体服务期、赔偿标准等事项。

**Article 44 Training**

Party A shall establish employee training system and provide necessary training to Party B in accordance with the relevant laws and regulations of PRC and subject to Party A's policy in this regard. During the term of this Contract, when Party B accepts special training program provided or funded by Party A, both Parties shall sign a separate "Training Agreement" stipulating relevant issues such as the service term and liabilities in breach of the "Training Agreement".

**第四十五条　保密和知识产权**

(a) 乙方承认并同意乙方在受雇于甲方期间以及在劳动关系解除后的一年内 (i) 在乙方履行正常职责时或履行甲方分配给其的、属于其正常职责之外的任务时；(ii)利用甲方的材料或技术资源；和/或(iii) 直接或间接与甲方业务相关的，由乙方单独或与他人一起创作、构思、开发或制作的所有版权作品或外观设计或任何发明，乙方应立即向甲方（且仅向甲方）作出披露。所有上述各项及与其相关的任何记录、文件、文书（包括其复制件和概要）以及乙方在受雇期间制作或取得的其他版权保护作品（连同对所有该等作品的全球版权和外观设计权）都将是公司的专有财产。

(b) 如上述各项相关权利未自动归属于甲方，乙方特此不可撤销地向甲方转让该等权利，包括但不限于所有者权益、著作权、独家开发、制作、使用、出售、授权的权利、或从任何信息、发现、流程或其它形式的、乙方任职期间产生、制作的或改进的知识形式中获利的权利。必要时，由甲方承担费用，乙方将配合签署所有所需文件确保甲方在中华人民共和国以及相关地区拥有相关知识产权权利。

(c) 乙方应及时和充分地向公司披露乙方所知的由本公司其他员工开发的任何知识产权。

(d) 在乙方任职期间和之后，除非得到授权解除对公司相关义务，不得使用或泄露任何知识产权。

(e) 在雇佣期间，乙方不得以任何方式侵犯任何第三方包括前雇主的知识产权。当乙方在雇佣过程中的产出包含第三方拥有的知识产权时，乙方必须从第三方获得所有必要的同意和许可，以使用该知识产权。

(f) 乙方在本合同期限内以及在本合同因任何原因解除/终止后，未经甲方书面同意，乙方不会向任何人泄露，或为其自身或他人的利益而利用其在受甲方雇用期间获得的、与乙方及其关联实体或公司或其关联实体的任何客户、顾客、员工或高管的事务相关的任何具有保密性质的信息（"**保密信息**"），除非相关法律法规要求乙方披露该等信息。

(g) 乙方理解并同意，甲方已经采取了足够的措施以对保密信息进行保密。并且，

19

乙方同意保持对所有机密信息的妥善和安全保管,并尽最大努力防止第三方使用或泄露机密信息。

上述"**保密信息**"包括,但不限制其一般意义,任何公式、技术信息、计划、产品规范、研究成果、市场信息、商业秘密、或任何其他商业敏感或有价值的信息,无论是口头、书面或电子记录,包括所有与甲方的事务、交易、客户、企业、员工以及其关联机构相关的、乙方了解的或所拥有或控制的所有副本或摘录(包括因在乙方在甲方处任职,或在任职过程中所拥有或控制的、不论是否最初由甲方提供的信息(不属于公共领域的),但乙方能证明该信息获取在受雇于甲方之前的除外)。

**Article 45 Confidentiality and Intellectual property**

(a) Party B acknowledges and agrees that Party B shall promptly disclose to Party A and to no one else all copyright works or designs, or any inventions, originated, conceived, written or made by Party B alone or with others during the period of the Party B's employment with the Party A and during one year after the termination of the employment (i) in performing Party B's normal duties and responsibilities or in performing tasks the Company assigns to Party B outside Party B's normal duties and responsibilities; (ii) by using the Party A's material or technical resources; and/or (iii) which are related, directly or indirectly, to Party A's business. All the above items and any records, documents, papers (including copies and summaries thereof) related thereto and other copyright protected works made or acquired by Party B in the course of Party B's employment shall, together with all the worldwide copyright and design rights in all such works, be and at all times remain Party A's exclusive property.

(b) To the extent that any of the rights above do not automatically vest with Party A, Party B hereby assigns irrevocably to Party A all such rights, including all ownership rights, copyright and the exclusive right to develop, make, use, sell, license or otherwise benefit from any information, discovery, process or other form of knowledge conceived, made or improved by Party B during party B's employment. If necessary, at Party A's expense, Party B will sign all documents that may be required for Party A to obtain relevant intellectual property rights.

(c) Party B will promptly and fully disclose to Party A any intellectual property known by Party B to have been developed by any other employee of Party A. (d) During and after Party B's employment, Party B must not use or disclose any Intellectual Property except as required to discharge Party B's duties to Party A.

(e) Party B must not act in any way during Party B's employment that infringes the intellectual property rights of any third party, including previous employers.

Whenever Party B produces work in the course of Party B's employment that contains intellectual property owned by a third party, Party B must obtain all necessary consents and licenses from that third party for use of that intellectual property.

(f) Party B agrees that both during the term of this Contract and after the ending of this Contract for whatever reason, that Party B will not, without Party A's written consent, divulge to any person, or use for Party B's own benefit or the benefit of any person, any information of a confidential nature concerning the business of Party A and its related entities or of any customer, client, employee or officer of Party A or any of its related entities which has come to Party B's knowledge during the course of employment with the Company (the "**Confidential Information**") except that Party B is required to disclose such information by applicable laws and regulations.

(g) Party B understands and agrees that Party A has taken adequate and sufficient measures to maintain the confidentiality of the confidential information. Party B also agrees to maintain proper and secure custody of all Confidential Information and use Party B's best endeavours to prevent the use or disclosure of the Confidential Information by third parties.

The above **Confidential Information** includes, without limiting its ordinary meaning, any formulae, technical information, plan, product specification, research results, marketing information, trade secret, or any other commercially sensitive or valuable information, whether oral, written or recorded electronically and including all copies or extracts, known to Party B or in Party B's possession or control, relating to the affairs, transactions, customers, business or employees of Party A and its related bodies corporate, including information that may come into Party B's possession or control in the course of and by reason of employment with Party A, whether or not the same was originally supplied by Party A, which is not in the public domain, but does not include information that Party B can demonstrate was known to Party B prior to the commencement of Party B's employment with Party A.

### .第四十六条 竞业限制

接受这个职位，乙方认可该角色需要、并能够接触甲方和 CSL Behring 集团专属的战略计划、目标和商业秘密。乙方薪酬的一部分是和在全球范围内参与管理、指导 CSLBehring 集团相挂钩。由于这些原因，以及此合同提供的有价值的条款，，乙方特此认可立即并同意乙方在劳动合同解除或终止后的十二个月期间（"**不竞争期限**"），乙方不得直接或间接地与甲方或任何 CSLBehring 集团公司在任何国家开展的业务进行竞争。

在执行期间的每个月乙方将获得相当于乙方劳动合同解除或终止前 12 个月平均工资 50%的不竞争补偿（"不竞争补偿"）。

该项非竞争条款所禁止的具体内容包括但不限于乙方出于商业目的接触和/或推广 CSL Behring 集团的竞争对手、顾客或客户或在合同解除或终止时双方认同的潜在客户。

乙方承认并表示如果上述违反上述条款，是无法衡量甲方或 CSL Behring 集团的货币损失。如果乙方违反上述调控款，甲方有权寻求赔偿，包括有权要求相关方停止违反本条款的行为。乙方进一步了解并同意，如果法院认定本章下任何不竞争条款的任何部分不能强制执行，那么在这种情况下，乙方同意该条款所约定的范围在适合的法律条款下最大化，包括范围、时间、周期和地域。

**Article 46 Non-Compete**

By accepting this position, Party B acknowledges the role will require and provide access to Party A and the CSL Behring Group's proprietary strategic plans, objectives and trade secrets and that a component of Party B's compensation is linked to Party B's key participation in the management and direction of the CSL Behring Group worldwide.   For these reasons, and in consideration of the good and valuable additional consideration provided to Party B under this agreement, which Party B hereby acknowledges, covenants and agrees that, for a period of twelve months following ending or termination of Party B's employment (**"Non-Compete Term"**), Party B shall not, if required by the CSL Behring Group, directly or indirectly, compete with Party A or any related CSL Behring Group Company in any Country in which the CSL Behring Group then does business. For each month of enforcement, Party B will receive the equivalent of 50% of Party B's average monthly salary over the past 12 months prior to the employment ending or termination date (**"Non-Compete Compensation"**)

This non-compete covenant specifically includes, but is not limited to, Party B contacting for business purposes and/or the promoting the business of a competitor, the customers or clients of the CSL Behring Group and such prospective customers of the CSL Behring Group who will be mutually agreed at the time of termination/ending of employment .

Party B hereby acknowledges and represents that it is impossible to measure the monetary damages to Party A and the CSL Behring Group in the event of Party B's breach of any of the provisions contained herein, and that in the event of Party B breach, Party A shall be entitled to seek equitable relief, including the right to seek to enjoin any party in violation of this clause. Party B further understands and agrees

that if a court shall hold any non-compete clause under this Chapter as unenforceable, then in such event, Party B agree that the scope, duration or geographic restriction hereof shall be amended to the greatest extent and scope, longest period of time and largest geographical area enforceable under the applicable law.

**第四十七条** 尽管本合同有任何其他规定，甲方仍可在雇用关系解除/终止前，或在不竞争期限内的任何时候自行酌情选择不执行本合同第 46 条，且在法律允许的范围内不支付或不继续支付不竞争补偿。如甲方选择不执行本合同第四十六条，乙方不得寻求强制执行该条款且不得要求或继续要求不竞争补偿。如甲方决定不执行本合同第四十六条，甲方将按照有关法律法规提前书面通知乙方。

**Article 47** Notwithstanding any other provisions of this Contract, Party A in its sole discretion may choose not to enforce Article 46 of this Contract before termination of the employment or at any point during the Non-Compete Term, and not to pay or continue to pay the Non-Compete Compensation to the extent permitted by law. Where Party A chooses not to enforce Article 46, Party B shall not seek enforcement of the same or demand or continue to demand Non-Compete Compensation. Party A will provide a prior written notice to Party B in accordance with relevant laws and regulations if it decides not to enforce Article 46.

**第四十八条** 如果乙方违反本合同第四十六条项下的限制，甲方将不支付任何不竞争补偿。乙方承认并同意，乙方任何违反本合同第四十六条项下的限制之行动将导致甲方和/或其关联公司（如适用）遭受严重且难以计量的损害。因此乙方同意，乙方如违反第四十六条项下的限制，将向公司支付以下各项：

**Article 48** If Party B violates the restriction under Article 46, Party A will not be required to pay any Non-Compete Compensation. Party B acknowledges and agrees that any actions by Party B in violation of the restriction under Article 46 would cause Party A and/or its affiliates (as applicable) to suffer damages that are serious yet difficult to measure. Party B therefore agrees to pay to Party A the following if Party B violates the restriction under Article 46:

(a) 甲方根据本协议第四十六条已向乙方支付的所有款项；及

the equivalent of all amounts paid by Party A to Party B under Article 46; and

(b) 一次性支付的违约金，金额相当于乙方在不违反本合同的前提下能获得的不竞争补偿总额的六（6）倍，或给甲方和/或其关联公司实际造成的损失（以数额高者为准），无论不竞争补偿是否已支付给乙方。

lump-sum liquidated damages, which shall be six (6) times of the total Non-Compete

Compensation that would have been payable to Party B had Party B not violated the non-competition obligation, or the actual damages to the Party A and/or its Affiliates, whichever is higher and irrespective of whether or not the Non-Compete Compensation has been paid to Party B.

乙方同意，在其违反本协议第四十六条项下的限制的情形下，上述偿还要求和违约金对于赔偿乙方的损失，是公平与合理的。

Party B agrees that the refund and the liquidated damages above are fair and reasonable to compensate Party A in the event that Party B violates the restriction under Article 46.

## 第十一章    劳动争议处理
## CHAPTER ELEVEN    SETTLEMENT OF LABOR DISPUTES

**第四十九条**    甲、乙双方因本合同而发生争议均应友好协商解决。如双方经过友好协商而无法达成一致，任何一方可以向甲方劳动争议调解委员会（如有）要求调解。如调解不成，任何一方可以向相关劳动争议仲裁委员会申请仲裁。对仲裁裁决不服的，可以向人民法院提起诉讼。

**Article 49** Any disputes arising from the performance of, or in connection with this Contract shall be settled through friendly negotiations between the Parties. In case no agreement can be reached through negotiations, either Party can apply for mediation to the Labor Dispute Conciliation Committee of Party A, if any. If mediation can not be reached, both Parties may apply for arbitration to the relevant Labor Dispute Arbitration Committee. If either Party disagrees with the arbitral award rendered by such Committee, this Party may file a lawsuit in the People's Court.

## 第十二章    其他规定
## CHAPTER TWELVE    OTHER STIPULATIONS

**第五十条**    乙方保证在签订本劳动合同时已经依法与其原用人单位解除或终止双方的劳动合同或劳动用工关系，且不存在任何劳动争议，也无签署涉及甲方的竞业限制协议。未与原用人单位终止或解除劳动合同或劳动关系、因履行竞业限制协议所引起的劳动纠纷由乙方负责。

甲方应就下述目的承认乙方自 2013 年 6 月起在原用人单位的服务年限：(i)确定乙方是否具有享有甲方政策和福利计划项下福利的资格；及 (ii) 计算离职经济补偿金（如适用）及中国法律法规项下的其他法定福利。除上述例外情况之外，

对于乙方针对其前雇主享有的任何主张或权利，甲方概不承担责任，并且乙方不得因其与前雇主之间的关系而针对甲方提出任何权利主张或要求。

**Article 50** Party B guaranteed that he has terminated the labor contract or labor relationship with its former employer, and there exists no pending labor disputes between Party B and its former employer and no non-competition agreement involving Party A. and he shall be responsible for any labor disputes arising from his failure to do so.

Party A shall recognize Party B's years of service to its former employer since June 2013, for the purposes of (i) determining eligibility for benefits under Party A's policies and benefits plans and (ii) calculating severance payment (if applicable) and other statutory benefits under PRC laws and regulations. With the exception of the above, Party A is not in any way responsible or liable for any claims or rights that Party B may have against Party B's previous employer(s), and Party B may not raise any claims or demands against Party A that arose from or are related to the relationship with Party B's previous employer(s).

**第五十一条**　所有本合同签订时甲方已实施的规章制度，以及本合同签订之后甲方依据相关法律法规的规定不时修订、更新及制定并公布实施的规章制度乙方均应当严格遵守。

**Article 51**　All the regulations and rules implemented by Party A prior to the execution of this Contract, and the regulations and rules amended, updated, formulated and publicly notified by Party A from time to time in accordance with the relevant laws and regulations after the execution of this Contract, shall be strictly observed by Party B.

**第五十二条**　如本合同的任何条款无效，该条款将视为从本合同中删除，本合同的其他条款仍然有效。

**Article 52** If any provision of this Contract is found to be invalid, that provision shall be deleted from this Contract and the other provisions shall remain in full force and effect.

**第五十三条**　本合同未尽事宜，双方可另行协商确定。

**Article 53** Both Parties may negotiate with each other and reach agreement on any issues not stipulated in this Contract.

**第五十四条**   乙方确认,甲方有关文书在无法直接送达给乙方的情形下(包括但不限于乙方拒收甲方通知等情形),乙方在本合同开头填写的通讯地址为甲方邮寄送达地址。一方如果迁址或变更电话,应当及时书面通知另一方。

**Article 54**   Party B confirms that under any circumstances that Party A cannot notify Party B directly, including but not limited to the circumstance that Party B refuses to accept Party A's notice, the address listed at the beginning of this Contract shall be the effective post address of Party B. Each party shall inform the other any change of address or telephone number.

**第五十五条**   本合同以中英文写就,一式两份,甲乙双方各执一份。若中英文本有不符,以中文文本为准。

**Article 55** This Contract, written in both Chinese and English, shall be signed in two originals. Each party holds one original. In case of any discrepancy between the Chinese and English version, the Chinese version shall prevail.

**第五十六条**   本合同经甲、乙双方签字或盖章后生效,对甲、乙双方都具有法律约束力。

**Article 56** This Contract shall become effective upon being sealed or signed by both Parties and have the equal legal binding force on both Parties.

**第五十七条**   乙方在签署本合同时已详细阅读了公司政策与程序,明白其内容细则,同意接受与遵守。

**Article 57** At the signing of this Contract, Party B has carefully read the company's policies, understood the details, and agreed to accept and abide by it.

甲方(盖章):                                     乙方(签字):

Party A: ( Seal)                                    Party B:(Signature)

时间:                                             时间:

Date:                                              Date:

第五十四条　乙方确认，甲方有关文书在无法直接送达给乙方的情形下（包括但不限于乙方拒收甲方通知等情形），乙方在本合同开头填写的通讯地址为甲方邮寄送达地址，一方如果迁址或变更电话，应当及时书面通知另一方。

**Article 54** Party B confirms that under any circumstances that Party A cannot notify Party B directly, including but not limited to the circumstance that Party B refuses to accept Party A's notice, the address listed at the beginning of this Contract shall be the effective post address of Party B. Each party shall inform the other any change of address or telephone number.

第五十五条　本合同以中英文写就，一式两份，甲乙双方各执一份。若中英文本有不符，以中文文本为准。

**Article 55** This Contract, written in both Chinese and English, shall be signed in two originals. Each party holds one original. In case of any discrepancy between the Chinese and English version, the Chinese version shall prevail.

第五十六条　本合同经甲、乙双方签字或盖章后生效，对甲、乙双方都具有法律的效力。

**Article 56** This Contract shall become effective upon being sealed or signed by both Parties and have the equal legal binding force on both Parties.

第五十七条　乙方在签署本合同时已详细阅读了公司政策与程序，明白其内容细则，同意接受与遵守。

**Article 57** At the signing of this Contract, Party B has carefully read the company's policies, understood the details, and agreed to accept and abide by it.

甲方（盖章）：
Party A: ( Seal )



乙方（签字）：
Party B: (Signature)

时间：
Date:

时间：2017.08.01
Date:

26