IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZHENGJIA ZHANG, | : |
| Plaintiff, | : |
| v. | : CASE NO. 2:23-CV-02658-WB |
| CSL BEHRING LLC, | : |
| Defendant. | : |

**DEFENDANT CSL BEHRING LLC'S**
**MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant CSL Behring LLC hereby moves this Court to dismiss Plaintiff's First Amended Complaint (ECF No. 16), which purports to state a claim of breach of contract, breach of implied-in-fact contract, promissory estoppel/detrimental reliance, and unjust enrichment. CSL Behring LLC relies upon the attached Memorandum of Law in support of its Motion.

Dated: October 19, 2023

Respectfully submitted,

By:  */s/ Elizabeth K. McManus*
Elizabeth K. McManus, Esquire
Gavin T. Carpenter, Esquire
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: (215) 864-8336
Facsimile: (215) 864-8999
mcmanuse@ballardspahr.com
carpenterg@ballardspahr.com

*Attorneys for Defendant CSL Behring LLC*