## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZHENGJIA ZHANG, | : |
| Plaintiff, | : |
| v. | : CASE NO. 2:23-CV-02658-WB |
| CSL BEHRING LLC, | : |
| Defendant. | : |

### ORDER

**AND NOW**, on this _____ day of _____, 202\_\_, upon consideration of Defendant CSL Behring LLC's Motion to Dismiss Plaintiff's First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6), and any response thereto, it is hereby **ORDERED** and **DECREED** that the Motion is **GRANTED,** and Plaintiff's Complaint is dismissed with prejudice.

**BY THE COURT:**

_____
Hon. Wendy Beetlestone, U.S.D.J.
