IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZHENGJIA ZHANG, <br><br> Plaintiff, <br><br> v. <br><br> CSL BEHRING LLC, <br><br> Defendant. | : <br> : <br> : <br> : <br> : <br> : CASE NO. 2:23-CV-02658-WB <br> : <br> : <br> : <br> : <br> : |

### CERTIFICATE OF SERVICE

I, Elizabeth McManus, hereby certify that, on this date, I caused a true and correct copy of CSL Behring LLC's Motion to Dismiss Plaintiff's First Amended Complaint, Memorandum of Law in Support thereof, and Proposed Order to be served on the following counsel of record via the CM/ECF system and, accordingly, the same is available for viewing and downloading from the CM/ECF system:

> Stephanie Mensing
> Mensing Law LLC
> 515 Market St #1200
> Philadelphia, PA 19102
> (215) 586-3751
> stephanie@mensinglaw.com

Dated: October 19, 2023

*/s/ Elizabeth K. McManus*
Elizabeth K. McManus, Esq.