**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ZHENGJIA ZHANG,<br>      **Plaintiff,** | CIVIL ACTION |
| v. | |
| CSL BEHRING LLC,<br>      **Defendant.** | NO. 23CV2658 |

## ORDER

**AND NOW**, this 8th day of February, 2024, upon consideration of Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 17) and all responses and replies thereto (ECF Nos. 19, 22), it is **HEREBY ORDERED** that Defendant's Motion is **GRANTED** as to Count I and **DENIED** in all other respects; Count I of Plaintiff's First Amended Complaint is **DISMISSED WITHOUT PREJUDICE**.

BY THE COURT:

/s/Wendy Beetlestone, J.

**WENDY BEETLESTONE, J.**