# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ZHENGJIA ZHANG,**<br>　　　　　**Plaintiff,**<br><br>　　　v.<br><br>**CSL BEHRING LLC,**<br>　　　　　**Defendant.** | **CIVIL ACTION**<br><br><br><br><br>**NO. 23CV2658** |

## MEMORANDUM OPINION

**AND NOW**, this 26th day of June, 2024, upon consideration of Plaintiff's Motion for Extension of Time to Complete Discovery (ECF No. 35), and Defendant's Response in opposition thereto (ECF No. 36), it is **HEREBY ORDERED** that Plaintiff's Motion is **DENIED**.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　/s/Wendy Beetlestone, J.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**