IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZHENGJIA ZHANG,<br>                    **Plaintiff,**<br><br>       **v.**<br><br>CSL BEHRING LLC,<br>                    **Defendant.** | CIVIL ACTION<br><br><br><br><br>NO. 23CV2658 |

## ORDER

**AND NOW**, this 21st day of November, 2024, upon consideration of Defendant CSL Behring LLC's Motion for Summary Judgment (ECF No. 40), as well as all responses and replies thereto (ECF Nos. 43, 44, 45), **IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED**, and Plaintiff Zhengjia Zhang's claims are **DISMISSED WITH PREJUDICE**.

The Clerk of Court is directed to **TERMINATE** the case.

BY THE COURT:

/s/Wendy Beetlestone, J.

_____

WENDY BEETLESTONE, J.